**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No. 21-12790-LSS** |
| **DONIQUE K'VON ANDREWS,** | * | |
| | | **(Chapter 13)** |
| Debtor. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN that Craig B. Leavers, Esq., in accordance with Fed. R. Bankr. P. 9010, hereby appears in this matter as counsel for IRA Services Trust Company CFBO Richard E. Grodsky, an interested party in the above-captioned case, and requests, as provided for in 11 U.S.C. § 342(e) and Fed. R. Bankr. P. 2002(g), that the following be placed on the mailing matrix for this case and on all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following at the address set forth below:

Craig B. Leavers, Esq.
The Law Offices of Craig B. Leavers, LLC
P.O. Box 306
Cockeysville, Maryland 21030
Phone:  (443) 318-4526
Craig@LeaversLaw.com

/s/ Craig B. Leavers
Craig B. Leavers, Bar No. 26914
The Law Offices of Craig B. Leavers, LLC
P.O. Box 306
Cockeysville, Maryland 21030
Phone:  (443) 318-4526
Craig@LeaversLaw.com

*Attorney for IRA Services Trust Company CFBO Richard E. Grodsky*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 27th day of April, 2021, a copy of the foregoing was served

on the parties listed below by electronic service via CM/ECF:

Timothy P. Branigan
9891 Broken Land Parkway, Ste 301
Columbia, Maryland 21046
*(Chapter 13 Trustee)*

Matthew Eliot Abbott, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Ste 465
North Lobby
Rockville, Maryland 20850
*(Attorney for Debtor)*

And on the parties listed below by first class mail, postage prepaid:

Donique K'von Andrews
13714 Mills Avenue
Silver Spring, Maryland 20904
*(Debtor)*

/s/  Craig B. Leavers
Craig B. Leavers